```
 1  RENE L. VALLADARES
    Federal Public Defender
 2  State Bar No. 11479
    WILLIAM CARRICO
 3  Assistant Federal Public Defender
    411 E. Bonneville Avenue, Ste. 250
 4  Las Vegas, Nevada 89101
    (702) 388-6577
 5  (Fax) 388-6261

 6  Attorney for NORMAN MARTIN
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>NORMAN MARTIN,<br><br>          Defendant. | 2:08-CR-060-GMN-VCF<br><br>**UNOPPOSED MOTION AND ORDER TO EXTEND APRIL 9, 2012 SELF SURRENDER DATE** |

COMES NOW the Defendant, NORMAN MARTIN, by and through his counsel, William Carrico, Assistant Federal Public Defender, and hereby requests an extension to his April 9, 2012 self surrender date of sixty (60) days. This request is based upon the attached Points and Authority and all pleadings and papers previously filed herein.

DATED this 21st day of March, 2012.

                                          RENE L. VALLADARES
                                          Federal Public Defender

                                          */s/ William Carrico*
                               By_____
                                          WILLIAM CARRICO
                                          Assistant Federal Public Defender

## POINTS AND AUTHORITIES

On January 27, 2012, this court issued a Judgment (#69) wherein Mr. Martin was sentenced to 120 months custody. This court ordered that Mr. Martin self-surrender by 12:00 noon on April 9, 2012.

The U.S. Marshal's has advised that Mr. Martin has yet to be designated. Mr. Martin's designation entails a medical designation which typically delays the designation process. Mr. Martin also requires additional time to attend to some medical issues prior to surrendering to the Marshals to commence his sentence.

Neither the Government or Pre-trial Services has any opposition. Mr. Martin has continued to remain compliant post-sentencing.

## CONCLUSION

Mr. Martin hereby requests the court to extend his self surrender date from April 9, 2012 to a date in the future but not earlier than 60 days.

DATED this 20th day of March, 2012.

          Respectfully submitted,

          RENE L. VALLADARES
          Federal Public Defender

          */s/ William Carrico*
By_____
          WILLIAM CARRICO
          Assistant Federal Public Defender
          Counsel for Norman Martin

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for NORMAN MARTIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:08-CR-060-GMN-VCF |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO EXTEND** <br> **April 9, 2012 SELF SURRENDER DATE** |
| vs. | |
| NORMAN MARTIN, | **NEW Self-Surrender Date: 06/11/2012** <br> **before 12:00 noon.** |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant, Norman Martin's self surrender date of April 9, 2012, be extended to **June 11, 2012, before 12:00 noon.**

**DATED** this 21st day of March, 2012.

_____
Gloria M. Navarro
United States District Judge